*Redacted Version*

# United States District Court

FILED
2012 NOV 29 P 3: 35
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

LHK

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
VENUE: SAN JOSE

CR  12  833

SEALED
BY COURT ORDER

PSG

UNITED STATES OF AMERICA,

v.

"Chava" LNU, a/k/a "Salvador" a/k/a
"Primito," PEDRO CARBAJAL -
RUVALCABA, a/k/a "Guero,"
ALEJANDRO ESPINOZA DELTORO,
a/k/a "Marco Andres Arrollo" a/k/a "Marco
Ortuno Del Toro" a/k/a "Primaso," OMAR
GONZALEZ, and ▮▮▮▮▮▮▮▮

DEFENDANT(S).

## INDICTMENT

COUNT ONE: 21 U.S.C. § 846 - Conspiracy to Possess with Intent
to Distribute and to Distribute Methamphetamine; COUNT TWO: 18
U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering;
COUNT THREE: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 -
Distribution of Methamphetamine and Aiding and Abetting
21 U.S.C. § 853(a) - Drug Forfeiture
18 U.S.C. § 982(a)(1) - Money Laundering Forfeiture

A true bill.

_____
                                        Foreman

Filed in open court this __29TH__ day of

__November, 2012__

_____
                                        Clerk

Bail, $ __No bail warrant__

| DOCUMENT NO. | CSA'S INITIALS |
|---|---|
| 1 | |

DISTRICT COURT
CRIMINAL CASE PROCESSING

MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2012 NOV 29 P 3 35

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

"CHAVA" LNU,
        a/k/a/ "Salvador"
        a/k/a "Primito,"
PEDRO CARBAJAL-RUVALCABA,
        a/k/a "Guero,"
ALEJANDRO ESPINOZA DELTORO,
        a/k/a "Marco Andres Arrollo"
        a/k/a "Marco Ortino Del Toro"
        a/k/a "Primaso,"
OMAR GONZALEZ, and
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆"

              Defendants.

CR No. 12    833

VIOLATIONS: 21 U.S.C. § 846 -
Conspiracy to Possess with Intent to
Distribute and to Distribute
Methamphetamine; 21 U.S.C. § 841(a)(1) -
Distribution of Methamphetamine; 18
U.S.C. § 1956(h) - Conspiracy to Commit
Money Laundering; 18 U.S.C. § 2 - Aiding
and Abetting; 21 U.S.C. § 853(a) - Drug
Forfeiture; 18 U.S.C. § 982(a)(1) - Money
Laundering Forfeiture

SAN JOSE VENUE

UNDER SEAL OF COURT

## INDICTMENT

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to
                  Distribute Methamphetamine)

        Beginning on a date unknown to the Grand Jury but no later than on or about May 25,
2012, and continuing through at least on or about November 29, 2012, in the Northern District of

INDICTMENT

1  California, and elsewhere, the defendants,

2                          "CHAVA" LNU,
                         a/k/a/ "Salvador"
3                         a/k/a "Primito,"
          PEDRO CARBAJAL-RUVALCABA,
4                         a/k/a "Guero,
          ALEJANDRO ESPINOZA DELTORO,
5                a/k/a "Marco Andres Arrollo"
                 a/k/a "Marco Ortuno Del Toro
6                         a/k/a "Primaso,"
                         OMAR GONZALEZ,
7                              and

8

9  did knowingly and intentionally conspire with each other, and with other persons both known

10  and unknown to the Grand Jury, to possess with intent to distribute and to distribute a Schedule II

11  controlled substance, to wit: 500 grams or more of a mixture and substance containing a

12  detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of

13  Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

14  COUNT TWO:      (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

15         Beginning on a date unknown to the Grand Jury but no later than on or about May 25,

16  2012, and continuing through at least on or about October 12, 2012, in the Northern District of

17  California, the defendants,

18                          "CHAVA" LNU,
                         a/k/a/ "Salvador"
19                        a/k/a "Primito,"
          PEDRO CARBAJAL-RUVALCABA,
20                        a/k/a "Guero,"
          ALEJANDRO ESPINOZA DELTORO,
21               a/k/a "Marco Andres Arrollo"
                 a/k/a "Marco Ortuno Del Toro
22                        a/k/a "Primaso,"
                               and
23

24

25  did knowingly conspire with each other, and with other persons both known and unknown to the

26  Grand Jury, to commit offenses against the United States in violation of 18 U.S.C. § 1956(h),

27  namely, that they transported and attempted to transport monetary instruments and funds from a

28  place in the United States, to wit, the Northern District of California, to a place outside the

INDICTMENT                              2

1   United States, to wit, Mexico, knowing that the monetary instruments and funds represented the

2   proceeds of some form of unlawful activity, and knowing that such transportation was designed

3   in whole and in part to conceal and disguise the nature, location, source, ownership, and control

4   of the proceeds of specified unlawful activity, all in violation of Title 18, United States Code,

5   Sections 1956(h).

6   COUNT THREE:        (21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2  - Distribution of
                        Methamphetamine and Aiding and Abetting)

7           On or about October 19, 2012,  in the Northern District of California, the defendants,

8

9                               "CHAVA" LNU,
                                a/k/a/ "Salvador"
10                              a/k/a "Primito,"
                        PEDRO CARBAJAL-RUVALCABA,
11                              a/k/a "Guero,"
                                    and
12                              OMAR GONZALEZ,

13  each aided and abetted by the other, did knowingly and intentionally distribute a Schedule II

14  controlled substance, to wit:  500 grams or more of a mixture and substance containing a

15  detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of

16  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United

17  States Code, Section 2.

18  FIRST FORFEITURE ALLEGATION:  (21 U.S.C. § 853(a) - Drug Forfeiture)

19          The allegations contained in Counts One, Two, and Three of this Indictment are hereby

20  realleged and by this reference fully incorporated herein.

21          Upon conviction of the any of the offenses alleged in Counts One, Two, and Three of this

22  Indictment, the defendants,

23                              "CHAVA" LNU
                                a/k/a "Salvador"
24                              a/k/a "Primito,"
                        PEDRO CARBAJAL-RUVALCABA
25                              a/k/a "Guero,"
                        ALEJANDRO ESPINOZA DELTORO
26                      a/k/a "Marco Andres Arrollo"
                        a/k/a "Marco Ortuno Del Toro
27                              a/k/a "Primaso,"
                                OMAR GONZALEZ,
28                                  and

INDICTMENT                              3

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from any proceeds obtained, directly or indirectly as a result of said violations, including but not limited to the following: $240,099.00 in U.S. currency, seized on or about October 12, 2012.

If, as a result of any act or omission of the defendants, any of said property

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to or deposited with a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendants have in any other property, up to value of the property described in Paragraph 2 above, shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p). All in violation of Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure.

SECOND FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture)

The allegations contained in Count Two of this Indictment are hereby realleged and by this reference fully incorporated herein.

Upon conviction of the offense alleged in Count Two, the defendants,

"CHAVA" LNU,
a/k/a "Salvador"
a/k/a "Primito,"
PEDRO CARBAJAL-RUVALCABA,
a/k/a "Guero,"
ALEJANDRO ESPINOZA DELTORO,
a/k/a "Marco Andres Arrollo"
a/k/a "Marco Ortuno Del Toro
a/k/a "Primaso,"
and

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) any

INDICTMENT                  4

1   property, real and personal, involved in said violations, or any property traceable to such

2   property, including but not limited to the following: $240,099.00 in U.S. currency seized

3   on or about October 12, 2012.

4       If, as a result of any act or omission of the defendant, any of said property

5           a.    cannot be located upon the exercise of due diligence;

6           b.    has been transferred or sold to or deposited with a third person;

7           c.    has been placed beyond the jurisdiction of the Court;

8           d.    has been substantially diminished in value; or

9           e.    has been commingled with other property which cannot be divided without difficulty;

10  any and all interest defendants have in any other property, up to value of the property described

11  in the preceding paragraph, shall be forfeited to the United States, pursuant to Title 21, United

12  States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), and

13  Rule 32.2 of the Federal Rules of Criminal Procedure.

14

15  DATED:                       A TRUE BILL.

16  November 29, 2012

17                                      FOREPERSON

18

19  MELINDA HAAG
    United States Attorney

20

21

22  MIRANDA KANE
    Criminal Chief, Criminal Division

23

24  (Approved as to form:

25                  GRANT FONDO, AUSA
                    RICHARD C. CHENG, AUSA

26

27

28

INDICTMENT                           5

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FILED UNDER SEAL BY ORDER*

─ DEFENDANT - U.S

▶ "CHAVA" LNU a/k/a "Salvador" a/k/a "Primito"

DISTRICT COURT NUMBER

CR  12  833

LHK PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form     Melinda Haag

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Grant Fondo

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes     If "Yes"
been filed?   ☐ No      give date filed   Month/Day/Year

DATE OF
ARREST ▶
Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                     Before Judge:

Comments:

AO 257 (Rev. 1/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
2012 NOV 29 P 3:35

─── OFFENSE CHARGED ───

See Attachment

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See Attachment

DEFENDANT - U.S

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
▶ PEDRO CARBAJAL-RUVALCABA, a/k/a "Guero"

DISTRICT COURT NUMBER   SEALED   LHK
BY COURT ORDER

CR  12  833  PSG

DEFENDANT

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court,
     give name of court

☐ this person/proceeding is transferred from another district
     per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
     charges previously dismissed
     which were dismissed on motion
     of:
     ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
     pending case involving this same
     defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
     before U.S. Magistrate regarding this
     defendant were recorded under

Name and Office of Person
Furnishing Information on this form        Melinda Haag

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Grant Fondo

IS *NOT* IN CUSTODY
     Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
        summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
                                              } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
        If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes      If "Yes"
been filed?                give date
                  ☐ No     } filed
DATE OF                Month/Day/Year
ARREST ▶

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED            Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

Δ2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

─────

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DEFENDANT - U.S.

ALEJANDRO ESPINOZA DEL TORO a/k/a "Marco Andres Arrollo" a/k/a "Marco Ortuno Del Toro" a/k/a "Timaso"

DISTRICT COURT NUMBER

CR  12   833

DEFENDANT

*SEALED BY COURT ORDER*

**PSG**
**LHK**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   Melinda Haag

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Grant Fondo

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

13

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LHK
PSG
SEALED BY COURT ORDER

—— OFFENSE CHARGED ——

See Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment

—— DEFENDANT - U.S ——

OMAR GONZALEZ

DISTRICT COURT NUMBER
CR 12    833

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE      } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant ware recorded under      } MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form      Melinda Haag
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Grant Fondo

—— IS NOT IN CUSTODY ——
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

—— IS IN CUSTODY ——
4) ☐ On this charge

5) ☐ On another conviction      } ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▸      Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED ▸      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

Δ4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Attachment

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:   See Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

─── DEFENDANT - U.S.

DISTRICT COURT NUMBER

CR 12 833

SEALED BY COURT ORDER

LHK PSG

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Melinda Haag

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Grant Fondo

IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## AMENDED PENALTY SHEET ATTACHMENT: U.S. v. CHAVA, ET AL.

**Count One (All Defendants):**  21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine [more than 500 grams].

Penalties:

| | | |
|---|---|---|
| a. | Maximum prison sentence: | Life |
| b. | Mandatory minimum prison sentence | 10 years |
| c. | Maximum fine | $4,000,000 |
| d. | Maximum supervised release term | Life |
| e. | Mandatory minimum supervised release term | 5 years |
| f. | Mandatory special assessment | $100 |

**If Information is filed alleging a prior conviction for a felony drug offense:**

Penalties:

| | | |
|---|---|---|
| a. | Maximum prison sentence: | Life |
| b. | Mandatory minimum prison sentence | 20 years |
| c. | Maximum fine | $8,000,000 |
| d. | Maximum supervised release term | Life |
| e. | Mandatory minimum supervised release term | 10 years |
| f. | Mandatory special assessment | $100 |

**Count Two (CHAVA, CARBAJAL, ESPINOZA, and ▮▮▮▮▮):**  18 U.S.C. § 1956(h) - Conspiracy to Commit Money Laundering.

Penalties:

| | | |
|---|---|---|
| a. | Maximum prison sentence: | 20 years |
| b. | Maximum fine | $500,000 (or twice the gross gain or gross loss) |
| c. | Supervised release term | 3 years |
| d. | Mandatory special assessment | $100 |

**Count Three (CHAVA, CARBAJAL, and GONZALEZ):**  21 U.S.C. § 841(a)(1)-Distribution of Methamphetamine [more than 500 grams];  18 U.S.C. § 2 - Aiding and Abetting.

Penalties:

| | | |
|---|---|---|
| a. | Maximum prison sentence: | Life |
| b. | Mandatory minimum prison sentence | years |
| c. | Maximum fine | $4,000,000 |
| d. | Maximum supervised release term | Life |

1

e.     Mandatory minimum supervised release term        5 years
f.     Mandatory special assessment                     $100

**If Information is filed alleging a prior conviction for a felony drug offense:**

Penalties:
a.     Maximum prison sentence:                         Life
b.     Mandatory minimum prison sentence               20 years
c.     Maximum fine                                     $8,000,000
d.     Maximum supervised release term                  Life
e.     Mandatory minimum supervised release term       10 years
f.     Mandatory special assessment                     $100

2

# United States District Court
## Northern District of California

BY COURT ORDER   SEALED

FILED NOV 29 P 3:35

## CRIMINAL COVER SHEET

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LHK

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**

USA v.   CHAVA, ET AL.

**Case Number:**

CR 12 833

**Total Number of Defendants:**

1 _____    2-7 ✓    8 or more _____

**Is This Case Under Seal?**

Yes ✓    No _____

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**

Yes _____    No ✓

**Venue (Per Crim. L.R. 18-1):**

SF _____    OAK _____    SJ ✓

**Is this a death-penalty-eligible RICO Act gang case?**

Yes _____    No ✓

**Assigned AUSA (Lead Attorney):**

Grant Fondo

**Comments:**

**Date Submitted:**

11/29/2012

December 2011

PRINT